IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-41558
_____


UNITED STATES OF AMERICA

                                        Plaintiff-Appellee

                        versus

RAYMOND DILLON

                                        Defendant-Appellant



_____

Appeal from the United States District Court
For the Eastern District of Texas
(1:96-CV-94)
_____


August 5, 1998


Before REYNALDO G. GARZA, HIGGINBOTHAM, and EMILIO M. GARZA,
Circuit Judges.

PER CURIAM:[*]

        AFFIRMED.  See Local Rule 47.6.



_____

        [*] Pursuant to 5th Cir. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.